

FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF CASEY C. NIXON FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

FILED

APR 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

    Casey C. Nixon has petitioned this Court for reinstatement to active status in the State Bar of Montana. Nixon was placed on inactive status for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2019. Attached to the Petition is a letter from the State Bar stating that Nixon has now completed all CLE requirements for that reporting year. The Petition states that Nixon is working with the Office of Disciplinary Counsel to resolve two complaints filed against him in 2019, and that he has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. It appearing that Nixon has satisfied the requirements for reinstatement,

    IT IS HEREBY ORDERED that the petition of Casey C. Nixon for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Nixon shall be reinstated.

    The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

    DATED this 21st day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices